Certificate Number: 15317-NJ-DE-038445792

Bankruptcy Case Number: 24-13197



15317-NJ-DE-038445792

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 5, 2024</u>, at <u>12:26</u> o'clock <u>PM PDT</u>, <u>Richard L Card Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>May 5, 2024</u>           By:   <u>/s/Carlo Gollayan</u>

Name:   <u>Carlo Gollayan</u>

Title:   <u>Counselor</u>