UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
DAWN M. BOWERS-CARD AND
RICHARD L. CARD, JR.

Case No.: 24-13197-VFP
Chapter: 7
Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

David Wolff, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on July 10, 2024 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real property located at 3 Cemetery Road, Blairstown, New Jersey

Value: $345,000.00

Liens on property:

CrossCountry Mortgage

$319,000.00 (approximately)

Amount of equity claimed as exempt:

$21,841.64

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 750 Route 34, Suite 11, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

*rev.8/1/15*