UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: DAWN M. BOWERS-CARD AND RICHARD L. CARD, JR.

Case No.: 24-13197-VFP
Chapter: 7
Judge: Vincent F. Papalia

### NOTICE OF PROPOSED ABANDONMENT

David Wolff, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on July 10, 2024 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real property located at 3 Cemetery Road, Blairstown, New Jersey

Value: $345,000.00

Liens on property:

CrossCountry Mortgage

$319,000.00 (approximately)

Amount of equity claimed as exempt:

$21,841.64

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 750 Route 34, Suite 11, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-13197-VFP |
| Dawn M Bowers-Card | Chapter 7 |
| Richard L Card, Jr. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 31, 2024 | Form ID: pdf905 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dawn M Bowers-Card, Richard L Card, Jr., 3 Cemetary Road, Blairstown, NJ 07825-3002 |
| 520206583 | | Atlantic Health System, PO Box 35610, Newark, NJ 07193-5611 |
| 520206586 | + | CardioVascular Health Consultants PA, PO Box 1259 Dept #88679, Oaks, PA 19456-1259 |
| 520206588 | | Center for Family Services, 492 NJ 57, Washington, NJ 07882 |
| 520206591 | + | City of Allentown EMS, 723 W Chew St, Philadelphia, PA 19178-0001 |
| 520206599 | + | DELDOT, PO Box 4971, Trenton, NJ 08650-4971 |
| 520206601 | + | DRJTBC, PO Box 4971, Trenton, NJ 08650-4971 |
| 520206602 | + | Hunterdon Healthcare, 10604 Justin Drive, Urbandale, IA 50322-3755 |
| 520206603 | | Klarna Credit, PO Box 206487, Dallas, TX 75320-6487 |
| 520206605 | | Linebarger Goggan Blair & Sampson, LLP, PO Box 90128, Harrisburg, PA 17109-0128 |
| 520206609 | + | Medtronic, 13019 Collection CenterDrive, Chicago, IL 60693-0130 |
| 520206614 | | NJ EZPASS, C/O RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 520206616 | + | PATPK, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 520206619 | | Progressive Physicain Associates, PO Box 678398, Dallas, TX 75267-8398 |
| 520206627 | + | Verve, PO Box 6812, Tampa, FL 33608-0812 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 31 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 31 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520206580 | + | Email/Text: mreed@affcollections.com | May 31 2024 20:33:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 520206581 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 31 2024 20:43:18 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520206582 | + | Email/Text: kristin.villneauve@allianceoneinc.com | May 31 2024 20:32:00 | Alliance Once Recievables Management, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 520206584 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 20:43:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520206585 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 31 2024 20:43:40 | Capital One Auto, 7933 Preston Road, Plano, TX 75024-2359 |
| 520211872 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 31 2024 20:43:52 | Capital One Auto Finance, a division of, AIS |

Case 24-13197-VFP    Doc 12    Filed 06/02/24    Entered 06/03/24 00:15:35    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: May 31, 2024 | Form ID: pdf905 | Total Noticed: 51 |

| Recipient ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520206587 | ^ MEBN | May 31 2024 20:31:33 | CareCentrix, PO Box 277947, Atlanta, GA 30384-7947 |
| 520206589 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 20:54:15 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520206590 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 20:43:24 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520206592 | + Email/Text: mediamanagers@clientservices.com | May 31 2024 20:32:00 | Client Services, PO Box 1503, Saint Peters, MO 63376-0027 |
| 520206593 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 20:33:00 | Comenity Bank, PO Box 659465, San Antonio, TX 78265-9465 |
| 520206594 | Email/Text: GenesisFS@ebn.phinsolutions.com | May 31 2024 20:33:00 | Concora Credit, PO Box 84059, Columbus, GA 31908-4059 |
| 520206595 | + Email/Text: bankruptcy_notifications@ccsusa.com | May 31 2024 20:33:00 | Credit Collections Service, PO Box 773, Needham Heights, MA 02494-0918 |
| 520206596 | + Email/PDF: creditonebknotifications@resurgent.com | May 31 2024 20:43:16 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520206597 | + Email/Text: bankruptcy@cbtno.com | May 31 2024 20:33:00 | Crescent Bank, Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 520206598 | + Email/Text: nsm_bk_notices@mrcooper.com | May 31 2024 20:32:00 | Cross Country Mortgage, PO Box 818060, Cleveland, OH 44181-8060 |
| 520206600 | + Email/Text: GenesisFS@ebn.phinsolutions.com | May 31 2024 20:33:00 | DESTINY MASTERCARD, GENESIS FS CARD SERVICES, PO BOX 4477, Beaverton, OR 97076-4401 |
| 520206603 | ^ MEBN | May 31 2024 20:34:20 | Klarna Credit, PO Box 206487, Dallas, TX 75320-6487 |
| 520206606 | + Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 20:43:38 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520206611 | Email/Text: bankruptcydpt@mcmcg.com | May 31 2024 20:33:00 | MIDLAND CREDIT MANAGEMENT, PO BOX 51319, Los Angeles, CA 90051-5619 |
| 520206613 | Email/Text: ml-ebn@missionlane.com | May 31 2024 20:32:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520206607 | + Email/Text: MDSBankruptcies@meddatsys.com | May 31 2024 20:32:00 | Medical Data Systems (MDS), 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 520206608 | + Email/Text: MDSBankruptcies@meddatsys.com | May 31 2024 20:32:00 | Medical Revenue Services, 645 Walnut Street, Ste 5, Gadsden, AL 35901-4173 |
| 520206610 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2024 20:54:18 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520206612 | + Email/Text: bankruptcydpt@mcmcg.com | May 31 2024 20:33:00 | Midland Credit Managament, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 520206615 | Email/Text: bcwrtoff@cablevision.com | May 31 2024 20:33:00 | Optimum, 1111 Stewart Avenue, Bethpage, NY 11714-3581 |
| 520206618 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 20:43:36 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520206617 | + Email/Text: recovery@paypal.com | May 31 2024 20:32:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 520206620 | Email/Text: accounting@recoveryrmg.com | May 31 2024 20:32:00 | Receivable Management Group, 2901 Unibversity Avenue 29, Columbus, GA 31907 |

Case 24-13197-VFP   Doc 12   Filed 06/02/24   Entered 06/03/24 00:15:35   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 31, 2024 | Form ID: pdf905 | Total Noticed: 51 |

| 520206621 | ^ MEBN | | May 31 2024 20:33:19 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
|---|---|---|---|---|
| 520206622 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 31 2024 20:32:00 | SLPG Physician Group, c/o Medical Revenue Service, PO Box 1149, Sebring, FL 33871-1149 |
| 520206623 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 31 2024 20:32:00 | SLUHN Warren, c/o Medical Revenue Service, PO Box 1149, Sebring, FL 33871-1149 |
| 520206624 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2024 20:33:00 | T-Mobil, c/o Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 520206625 | + | Email/Text: bankruptcydepartment@tsico.com | May 31 2024 20:33:00 | TRANSWORLD SYS INC/33, PO BOX 15609, Wilmington, DE 19850-5609 |
| 520206626 | + | Email/Text: ECMCBKNotices@ecmc.org | May 31 2024 20:33:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520206604 | ##+ | KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wolff | dwtrustee@verizon.net  NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Joint Debtor Richard L Card  Jr. joan@joanlaverylaw.com |
| Joan Sirkis Warren | on behalf of Debtor Dawn M Bowers-Card joan@joanlaverylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5