Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−13197−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dawn M Bowers−Card<br>aka Dawn Bowers−Slaton<br>3 Cemetary Road<br>Blairstown, NJ 07825 | Richard L Card Jr.<br>3 Cemetary Road<br>Blairstown, NJ 07825 |

Social Security No.:
  xxx−xx−3697                                               xxx−xx−6824

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I <u>Christopher Browne</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Real property located at 3 Cemetery Road, Blairstown, New Jersy
Value: $345,000.00

Dated: July 9, 2024
JAN:

                                                                   Jeanne Naughton
                                                                   Clerk