**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dawn M Bowers-Card | Social Security number or ITIN  xxx-xx-3697 |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | Richard L Card Jr. | Social Security number or ITIN  xxx-xx-6824 |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 24-13197-VFP | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dawn M Bowers-Card            Richard L Card Jr.
aka Dawn Bowers-Slaton

7/12/24            **By the court:** Vincent F. Papalia
                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318            **Order of Discharge**            page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Dawn M Bowers-Card  
Richard L Card, Jr.  
    Debtors

Case No. 24-13197-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 12, 2024      Form ID: 318      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dawn M Bowers-Card, Richard L Card, Jr., 3 Cemetary Road, Blairstown, NJ 07825-3002 |
| 520206583 | | Atlantic Health System, PO Box 35610, Newark, NJ 07193-5611 |
| 520206586 | + | CardioVascular Health Consultants PA, PO Box 1259 Dept #88679, Oaks, PA 19456-1259 |
| 520206588 | | Center for Family Services, 492 NJ 57, Washington, NJ 07882 |
| 520206591 | + | City of Allentown EMS, 723 W Chew St, Philadelphia, PA 19178-0001 |
| 520206599 | + | DELDOT, PO Box 4971, Trenton, NJ 08650-4971 |
| 520206601 | + | DRJTBC, PO Box 4971, Trenton, NJ 08650-4971 |
| 520206602 | + | Hunterdon Healthcare, 10604 Justin Drive, Urbandale, IA 50322-3755 |
| 520206605 | | Linebarger Goggan Blair & Sampson, LLP, PO Box 90128, Harrisburg, PA 17109-0128 |
| 520206609 | + | Medtronic, 13019 Collection CenterDrive, Chicago, IL 60693-0130 |
| 520206614 | | NJ EZPASS, C/O RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 520206616 | + | PATPK, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 520206619 | | Progressive Physicain Associates, PO Box 678398, Dallas, TX 75267-8398 |
| 520206627 | + | Verve, PO Box 6812, Tampa, FL 33608-0812 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 12 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520206580 | + | Email/Text: mreed@affcollections.com | Jul 12 2024 20:52:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 520206581 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 12 2024 21:03:09 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520206582 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jul 12 2024 20:50:00 | Alliance Once Recievables Management, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 520206584 | + | EDI: CAPITALONE.COM | Jul 13 2024 00:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520206585 | + | EDI: CAPONEAUTO.COM | Jul 13 2024 00:27:00 | Capital One Auto, 7933 Preston Road, Plano, TX 75024-2359 |
| 520211872 | + | EDI: AISACG.COM | Jul 13 2024 00:27:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 24-13197-VFP    Doc 18    Filed 07/14/24    Entered 07/15/24 00:17:49    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2024 | Form ID: 318 | Total Noticed: 51 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| 520206587 | ^ MEBN | Jul 12 2024 20:44:42 | CareCentrix, PO Box 277947, Atlanta, GA 30384-7947 |
| 520206589 | + EDI: CITICORP | Jul 13 2024 00:27:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520206590 | + EDI: CITICORP | Jul 13 2024 00:27:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520206592 | + Email/Text: mediamanagers@clientservices.com | Jul 12 2024 20:50:00 | Client Services, PO Box 1503, Saint Peters, MO 63376-0027 |
| 520206593 | EDI: WFNNB.COM | Jul 13 2024 00:27:00 | Comenity Bank, PO Box 659465, San Antonio, TX 78265-9465 |
| 520206594 | EDI: PHINGENESIS | Jul 13 2024 00:27:00 | Concora Credit, PO Box 84059, Columbus, GA 31908-4059 |
| 520206595 | + EDI: CCS.COM | Jul 13 2024 00:27:00 | Credit Collections Service, PO Box 773, Needham Heights, MA 02494-0918 |
| 520206596 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2024 21:03:02 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520206597 | + EDI: CRESCENTBANK.COM | Jul 13 2024 00:27:00 | Crescent Bank, Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 520206598 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2024 20:51:00 | Cross Country Mortgage, PO Box 818060, Cleveland, OH 44181-8060 |
| 520206600 | + EDI: PHINGENESIS | Jul 13 2024 00:27:00 | DESTINY MASTERCARD, GENESIS FS CARD SERVICES, PO BOX 4477, Beaverton, OR 97076-4401 |
| 520206603 | ^ MEBN | Jul 12 2024 20:46:29 | Klarna Credit, PO Box 206487, Dallas, TX 75320-6487 |
| 520206606 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2024 21:03:01 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520206611 | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2024 20:52:00 | MIDLAND CREDIT MANAGEMENT, PO BOX 51319, Los Angeles, CA 90051-5619 |
| 520206613 | Email/Text: ml-ebn@missionlane.com | Jul 12 2024 20:50:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520206607 | + Email/Text: MDSBankruptcies@meddatsys.com | Jul 12 2024 20:50:00 | Medical Data Systems (MDS), 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 520206608 | + Email/Text: MDSBankruptcies@meddatsys.com | Jul 12 2024 20:50:00 | Medical Revenue Services, 645 Walnut Street, Ste 5, Gadsden, AL 35901-4173 |
| 520206610 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 12 2024 20:48:14 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520206612 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2024 20:52:00 | Midland Credit Managament, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 520206615 | Email/Text: bcwrtoff@cablevision.com | Jul 12 2024 20:53:00 | Optimum, 1111 Stewart Avenue, Bethpage, NY 11714-3581 |
| 520206618 | EDI: PRA.COM | Jul 13 2024 00:27:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520206617 | + Email/Text: recovery@paypal.com | Jul 12 2024 20:50:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 520206620 | Email/Text: accounting@recoveryrmg.com | Jul 12 2024 20:50:00 | Receivable Management Group, 2901 Unibversity Avenue 29, Columbus, GA 31907 |
| 520206621 | ^ MEBN | Jul 12 2024 20:44:56 | Revco Solutions, PO Box 163279, Columbus, OH |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 43216-3279 |
| 520206622 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jul 12 2024 20:50:00 | SLPG Physician Group, c/o Medical Revenue Service, PO Box 1149, Sebring, FL 33871-1149 |
| 520206623 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jul 12 2024 20:50:00 | SLUHN Warren, c/o Medical Revenue Service, PO Box 1149, Sebring, FL 33871-1149 |
| 520206624 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2024 20:52:00 | T-Mobil, c/o Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 520206625 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 12 2024 20:52:00 | TRANSWORLD SYS INC/33, PO BOX 15609, Wilmington, DE 19850-5609 |
| 520206626 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 12 2024 20:52:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520206604 | ##+ | KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wolff | dwtrustee@verizon.net  NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Joint Debtor Richard L Card  Jr. joan@joanlaverylaw.com |
| Joan Sirkis Warren | on behalf of Debtor Dawn M Bowers-Card joan@joanlaverylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5